IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| SOUTHERN STAR CENTRAL GAS PIPELINE, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 4:09-cv-00400-GAF |
| MICHAEL R. GRAHAM AND JUDY A. GRAHAM, AS TRUSTEES OF THE GRAHAM FAMILY TRUST | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER FOR RELEASE AND RETURN
OF CASH BOND TO PLAINTIFF**

NOW, on this 7th day of July, 2009, comes on for consideration Plaintiff, Southern Star Central Gas Pipeline, Inc.'s, Motion For Release And Return Of Cash Bond To Plaintiff.

WHEREUPON the Court finds that the Motion should be and is hereby granted. The Ten Thousand Dollar ($10,000) Injunction Bond deposited with the Court by Plaintiff in this docket, plus all interest accrued on such amount, shall be released and returned to Plaintiff forthwith, by delivery to Plaintiff's counsel.

IT IS SO ORDERED.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court