IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| SOUTHERN STAR CENTRAL GAS PIPELINE, INC., | ) ) ) |
| Plaintiff, | ) ) ) Civil Action: 4:09-CV-00400-GAF |
| vs. | ) ) |
| MICHAEL R. GRAHAM AND JUDY A. GRAHAM, AS TRUSTEES OF THE GRAHAM FAMILY TRUST, | ) ) ) ) |
| Defendants. | |

### ORDER GRANTING MOTION TO DISMISS, WITH PREJUDICE

NOW, on this 23rd day of October, 2009, comes on for consideration Plaintiff, Southern Star Central Gas Pipeline, Inc.'s, and Defendants, Michael R. Graham and Judy A. Graham, as Trustees of the Graham Family Trust, Joint Motion to Dismiss, With Prejudice, all claims and causes of action asserted on behalf of Southern Star against defendants, because the parties have settled and resolved their differences.

WHEREUPON the Court finds that the Motion to Dismiss, With Prejudice, should be and is hereby granted.

IT IS SO ORDERED.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: October 23, 2009